**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 4 MAL 2024

           Respondent         :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

          v.                  :

                               :

ALEXIS CAMILLE BOAZ,          :

                               :

           Petitioner          :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.